IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

        Plaintiff,                  No. 2:10-cv-2522 WBS KJN P

       vs.

R. JANZEN,

        Defendant.         ORDER

_____/

        Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, in this action seeking relief pursuant to 42 U.S.C. § 1983.

        On January 4, 2011, the court ordered the United States Marshal to serve process upon the defendant in this case.  The Marshal was directed to attempt to secure a waiver of service before attempting personal service on defendant.  If a waiver of service was not returned within sixty days, the Marshal was directed to effect personal service on the defendant in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of service with evidence of any attempt to secure a waiver of service and with evidence of all costs subsequently incurred in effecting personal service.

////

1    On June 23, 2011, the United States Marshal filed a return of service with a USM-

2  285 form showing total charges of $134.32 for effecting personal service on defendant R. Janzen.

3  The form shows that a waiver of service form was mailed to the defendant on February 18, 2011,

4  forwarded on March 4, 2011, and that by June 7, 2011, no response was received.

5    Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part, as

6  follows:

7       An individual, corporation, or association that is subject to service
        under subdivision (e), (f), or (h) and that receives notice of an
8       action in the manner provided in this paragraph has a duty to avoid
        unnecessary costs of serving the summons . . . .
9
        If a defendant located within the United States fails to comply with
10      a request for waiver made by a plaintiff located within the United
        States, the court shall impose the costs subsequently incurred in
11      effecting service on the defendant unless good cause for the failure
        be shown.
12

13  Fed. R. Civ. P. 4(d)(2).

14    The court finds that defendant R. Janzen was given the opportunity required by

15  Rule 4(d)(2) to waive service and has failed to comply with the request.

16    Accordingly, IT IS HEREBY ORDERED that:

17    1.  Within fourteen days from the date of this order defendant R. Janzen shall pay

18  to the United States Marshal the sum of $134.32, unless within that time defendant files a written

19  statement showing good cause for his failure to waive service.  The court is not inclined to

20  extend this fourteen day period.

21    2.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

22  Marshal.

23  DATED:  July 28, 2011

24                                        _____
                                          KENDALL J. NEWMAN
25                                        UNITED STATES MAGISTRATE JUDGE

26  john2522.tax

2