IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,               No. 2:10-cv-2522 KJN P

    vs.

R. JANZEN, et al.,

    Defendants.          <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding without counsel. On July 29, 2011, defendant R. Janzen was ordered to show good cause for his failure to waive service of process. On August 10, 2011, defendant filed a response to the order to show cause. Defendant Janzen filed an answer on June 30, 2011.

        Defendant Janzen has shown good cause for his failure to waive service of process. Defendant Janzen was not assigned to a prison for most of 2011, and the waiver of service form sent to the California Department of Corrections and Rehabilitation ("CDCR") office in Rancho Cordova on May 4, 2011, was not given to defendant Janzen.[1] Defendant

---

[1] Counsel for defendants is cautioned that the failure of CDCR employees at the Rancho Cordova office, or any CDCR office, for that matter, to deliver mailed waivers to defendants in the future will not constitute good cause. United States mail sent to a person's employer should

1

1  Janzen did not return the waiver because he was not made aware of this lawsuit until June 10,
2  2011. Accordingly, the order to show cause is discharged, and defendant Janzen is relieved of
3  his obligation to pay the U.S. Marshal the sum of $134.32.
4          Accordingly, IT IS HEREBY ORDERED that:
5          1. The July 29, 2011 order to show cause is discharged; and
6          2. Defendant Janzen is relieved of his obligation to pay the U.S. Marshal the sum
7  of $134.32.
8  DATED: September 13, 2011

10                                           KENDALL J. NEWMAN
11                                           UNITED STATES MAGISTRATE JUDGE

13  john2422.taxd

---

25  be delivered to the employee. Moreover, this court may deem future failure to deliver mail from
   the United States Marshal as interference with this court's efforts to accomplish service of
26  process.

2