IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                  No. 2:10-cv-2522 KJN P

   vs.

LT. R. JANZEN,

    Defendant.              ORDER

_____/

        On September 9, 2011, plaintiff filed a motion to compel discovery responses to discovery propounded on August 2, 2011. Plaintiff relies on Rules 33(b) and 34(a) of the Federal Rules of Civil Procedure, which require a thirty day response. However, in the court's discovery and scheduling order, issued July 8, 2011, defendants were granted 45 days in which to respond to written discovery requests. (Dkt. No. 19 at 5.) Therefore, plaintiff's motion to compel is premature and is denied.

        On September 21, 2011, defendant filed a request for extension of time to respond to plaintiff's discovery requests. Counsel for defendant has been unable to obtain defendant's responses as defendant has been off work for the last three weeks. The request for extension of time is granted; however, counsel for defendant is cautioned that he should make other arrangements to contact defendant to avoid further delays in this action.

1

IT IS HEREBY ORDERED that:

1. Plaintiff's September 9, 2011 motion to compel (dkt. no. 24) is denied without prejudice;

2. Defendant's September 21, 2011 motion for extension of time (dkt. no. 26) is granted; and

3. Defendant is granted 28 days from the date of this order in which to respond to plaintiff's discovery requests.

DATED: September 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2522.eot