IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

        Plaintiff,                  No. 2:10-cv-2522 WBS KJN P

        vs.

R. JANZEN,

        Defendant.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 9, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 9, 2012, are adopted in full;

2. Defendant Janzen's January 13, 2012 motion for summary judgment (dkt. no. 29) is granted; and

3. Plaintiff's February 8, 2012 motion to amend is denied without prejudice. If plaintiff elects to renew his motion to amend, accompanied by a proposed second amended complaint, he must do so within thirty days from this order.  Failure to timely file a motion to amend and to submit a proposed second amended complaint will result in the dismissal of this action.

DATED:  June 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/john2522.805

2