IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                  No. 2:10-cv-2522 WBS KJN P

    vs.

R. JANZEN,

    Defendant.              <u>ORDER</u>

         On February 2, 2012, the Magistrate Judge issued an order denying plaintiff's motion to compel discovery. On February 15, 2012, plaintiff filed objections to the court's order which is construed as a request for reconsideration of that order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

         Accordingly, IT IS HEREBY ORDERED that plaintiff's February 15, 2012 objections are construed as a request for reconsideration of the Magistrate Judge's February 2, 2012 order; and upon reconsideration, the February 2, 2012 order is affirmed.

DATED: June 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE