IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

    Plaintiff,                   No. 2:10-cv-2522 WBS KJN P

    vs.

R. JANZEN, et al.,

    Defendants.             <u>ORDER</u>

         Plaintiff is a state prisoner proceeding without counsel. On September 26, 2012, in light of <u>Woods v. Carey</u>, 684 F.3d 934 (9th Cir. 2012), the June 29, 2012 order was vacated, and defendants' motion for summary judgment was denied without prejudice to its renewal within thirty days. On October 7, 2012, plaintiff presented to prison officials for mailing a motion to amend, and a proposed second amended complaint pursuant to the September 26, 2012 order. See <u>Houston v. Lack</u>, 487 U.S. 266, 275-76 (1988) (pro se prisoner filing is dated from the date prisoner delivers it to prison authorities). However, because the September 26, 2012 order was vacated, and defendants were granted leave to re-file a motion for summary judgment based on plaintiff's first amended complaint, plaintiff's motion to amend is denied without prejudice to its renewal, if appropriate, once the renewed motion for summary judgment is resolved.

1

In addition, on October 11, 2012, plaintiff filed a motion to conduct limited discovery. Plaintiff again attempts to obtain a copy of his deposition transcript. However, plaintiff now contends that in their prior motion for summary judgment, defendants took certain statements out of context, but that plaintiff was unable to refute those statements without benefit of the entire transcript. Good cause appearing, the Clerk of the Court is directed to send plaintiff a copy of his October 12, 2011 deposition transcript, including exhibits, which was emailed to the court on January 13, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 11, 2012 motion to amend (dkt. no. 48) is denied without prejudice;

2. Plaintiff's October 11, 2012 motion (dkt. no. 47) is partially granted; and

3. The Clerk of the Court shall send plaintiff a copy of his October 12, 2011 deposition transcript, including exhibits, which was emailed to the court on January 13, 2012.

DATED: October 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2522mta