IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

      Plaintiff,                No. 2:10-cv-2522 WBS KJN P

    vs.

R. JANZEN,

      Defendant.          <u>ORDER</u>

        Defendant Janzen filed a request to re-file defendant's motion for summary judgment beyond the deadline set in the September 26, 2012 order. Due to inadvertence, defendant failed to properly calendar the deadline. On December 18, 2012, plaintiff filed a request for default in which plaintiff objects to the delayed filing. However, entry of default is not appropriate; absent the filing of a motion for summary judgment, this case would proceed to trial.

        Plaintiff is correct that defendant missed the filing deadline. However, defendant sought leave of court to file a late motion, and this court finds it appropriate to allow the late filing. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's December 18, 2012 request (dkt. no. 52) is granted, and the court finds the December 18, 2012 motion for summary judgment timely filed;

1

2. Plaintiff shall file an opposition to the motion within thirty days from the date of this order; and

3. Defendant's reply, if any, shall be filed within seven days thereafter.

DATED: December 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2522.eot