IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANCE EDWARD JOHNSON,

        Plaintiff,                  No. 2:10-cv-2522 WBS KJN P

    vs.

R. JANZEN, et al.,

        Defendants.          <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding without counsel. On December 18, 2012, plaintiff filed a motion for entry of default, which the clerk declined to enter on December 20, 2012. Defendant Janzen filed an answer to plaintiff's amended complaint on June 30, 2011. (Dkt. No. 18.) On December 21, 2012, the court granted defendant's request to re-file the motion for summary judgment, and found the motion for summary judgment was timely filed. Thus, entry of default was not appropriate.

        On December 27, 2012, plaintiff filed a motion for default judgment. However, because default is inappropriate and has not been entered, plaintiff's motion for default judgment is premature, and is therefore denied without prejudice.[1]

---

[1] Even if defendant had not been allowed to re-file the motion for summary judgment, default would not be appropriate. Rather, the case would proceed to jury trial.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 27, 2012
2 motion (dkt. no. 59) is denied without prejudice.
3 DATED: January 9, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2522.def